PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Brandon Harris   Cr.: 20-00136-001
PACTS #: 3454121

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/22/2020

Original Offense:   Count One: Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(C)
Count Two: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)

Original Sentence: 15 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents, Forfeiture

Type of Supervision: Supervised Release   Date Supervision Commenced: 08/25/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Harris tested positive for marijuana use on October 27, 2020 and November 3, 2020, which has been confirmed by laboratory testing. |

U.S. Probation Officer Action:

We are requesting that no formal court action be taken at this time. Harris has been attending substance abuse treatment at COPE in Montclair, New Jersey, and he will address his substance use in treatment. The probation office will continue to conduct urine screens and maintain contact with the treatment provider for compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:   DANA HAFNER
Senior U.S. Probation Officer

Prob 12A – page 2
Brandon Harris

/ dh

APPROVED:

*Donald L. Martenz, Jr.*          11/19/2020
DONALD L. MARTENZ, JR.          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

11/19/2020
Date