PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Brandon Harris                                         Cr.: 20-00136-001
                                                                         PACTS #: 3454121

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/22/2020

Original Offense:   Count One: Possession with Intent to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
                    Count Two: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)

Original Sentence: 15 months imprisonment, 36 months supervised release

Special Conditions: $200 Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents, Forfeiture

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/25/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Harris was unsuccessfully discharged from substance abuse and mental health treatment at COPE Center in Montclair, New Jersey on February 19, 2021. |

U.S. Probation Officer Action:

The probation office will refer Harris for inpatient treatment based on his continued marijuana use and failure to attend treatment. The residential program will determine if he is appropriate for this level of care. The probation office requests a status conference so that the Court may address Harris's continued noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:   DANA HAFNER
      Senior U.S. Probation Officer

Prob 12A – page 2
Brandon Harris

/ dh

APPROVED:

_____  03/04/2021
DONALD L. MARTENZ, JR.                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  No Formal Court Action to be Taken at This Time

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☒  Other – Status Conference, Date: **3/23/21 @ 3:00** (*as recommended by the Probation Office*)


_____
Signature of Judicial Officer

**3/4/21**
Date